# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DISMISSAL ORDER** |
| v. | |
| **Rashmi T. Mangal** | Violation No.<br>**NJ10-6598287**<br>**NJ10-6598288**<br>**NJ10-6598289**<br>**NJ10-6598290**<br>**NJ10-6598291**<br>**NJ10-6598292**<br>**NJ10-6598293** |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by the leave of court endorsed hereon, the United States Attorney for the District Court of New Jersey hereby dismisses Larceny of U.S. Government Property, violation of 18 U.S.C. 641 (6 specifications); and False Statement, violation of 18 U.S.C. 1001(1 specification); on January 25, 2016 at Picatinny Arsenal, New Jersey, against the defendant for the reason that prosecution of the defendant has been declined because the defendant has entered into an agreement with the Pre-Trial Services Division.

The dismissal is without prejudice.

Jason J. Guiliano
Special Assistant United States Attorney

Leave of the court is granted for filing of the forgoing dismissal.

DATE: 5/25/17

Honorable Anthony R. Mautone
United States Magistrate Judge